```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22302
    CARDEAN JENKINS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7680


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/28/2007 and was confirmed 02/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/16/2008.
------------------------------------------------------------------------
CREDITOR NAME           CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                        PAID          PAID
------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE UNSEC W/INTER   1288.76           .00           .00
INTERNAL REVENUE SERVICE PRIORITY            .00           .00           .00
INTERNAL REVENUE SERVICE UNSEC W/INTER   4607.09           .00           .00
NATIONWIDE CASSEL LLC    UNSEC W/INTER   4438.28           .00           .00
CITY OF CHICAGO WATER DE SECURED NOT I NOT FILED          .00           .00
COOK COUNTY TREASURER    SECURED NOT I NOT FILED          .00           .00
SAXON MORTGAGE SERVICES  CURRENT MORTG      .00           .00           .00
SAXON MORTGAGE SERVICES  MORTGAGE ARRE      .00           .00           .00
WASHINGTON MUTUAL        CURRENT MORTG      .00           .00           .00
WASHINGTON MUTUAL        MORTGAGE ARRE  35400.00           .00           .00
INTERNAL REVENUE SERVICE PRIORITY     NOT FILED           .00           .00
ANCHOR OAK PARK          UNSEC W/INTER NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER    716.55          .00           .00
AT&T                     UNSEC W/INTER NOT FILED          .00           .00
BLITT & GAINES PC        NOTICE ONLY   NOT FILED          .00           .00
CAPITAL ONE              UNSEC W/INTER   1235.14          .00           .00
CAPITAL ONE              UNSEC W/INTER   2246.54          .00           .00
CAPITAL ONE              UNSEC W/INTER   2029.12          .00           .00
CAPITAL ONE              UNSEC W/INTER   1552.32          .00           .00
CAPITAL ONE              NOTICE ONLY   NOT FILED          .00           .00
CAPITAL ONE              UNSEC W/INTER   1031.36          .00           .00
CAPITAL FIRST BANK       NOTICE ONLY   NOT FILED          .00           .00
CAPITAL FIRST BANK       NOTICE ONLY   NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER    547.91          .00           .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER    155.10          .00           .00
CITIBANK USA             UNSEC W/INTER NOT FILED          .00           .00
CITIFINANCIAL            UNSEC W/INTER NOT FILED          .00           .00
FINGERHUT                UNSEC W/INTER NOT FILED          .00           .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER   3534.84          .00           .00
CITY OF CHICAGO PARKING  UNSEC W/INTER    218.52          .00           .00
COLUMBUS BANK & TRUST    UNSEC W/INTER NOT FILED          .00           .00
CREDIT PROTECTION ASSOCI UNSEC W/INTER NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22302 CARDEAN JENKINS
```

```
DIRECTV                    UNSEC W/INTER NOT FILED              .00              .00
GE MONEY BANK              UNSEC W/INTER NOT FILED              .00              .00
GE MONEY BANK              UNSEC W/INTER NOT FILED              .00              .00
HARRIS                     UNSEC W/INTER NOT FILED              .00              .00
LINEBARGER GOGGAN BLAIR    UNSEC W/INTER NOT FILED              .00              .00
M3 FINANCIAL SERVICES      UNSEC W/INTER NOT FILED              .00              .00
MEDICAL RECOVERY SPECIAL   UNSEC W/INTER NOT FILED              .00              .00
NATIONWIDE ACCEPTANCE~     USEC W/INTER NOT FILED               .00              .00
NATIONWIDE CREDIT CO       UNSEC W/INTER NOT FILED              .00              .00
PARTNERS IN WOMENCARE      UNSEC W/INTER NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    1334.64             .00              .00
PEOPLES GAS LIGHT & COKE   NOTICE ONLY   NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    368.65              .00              .00
RUSH OAK PARK HOSPITAL     UNSEC W/INTER NOT FILED              .00              .00
RUSH UNIVERSITY            UNSEC W/INTER NOT FILED              .00              .00
SEARS/CBSD                 NOTICE ONLY   NOT FILED              .00              .00
SEARS/CBSD                 NOTICE ONLY   NOT FILED              .00              .00
SKO BRENNER AMERICAN       UNSEC W/INTER NOT FILED              .00              .00
WINDY CITY TRUCK & TRAIL   UNSEC W/INTER NOT FILED              .00              .00
ROSE BROOKS                NOTICE ONLY   NOT FILED              .00              .00
TOM LUCAS                  NOTICE ONLY   NOT FILED              .00              .00
WASHINGTON MUTUAL BANK     NOTICE ONLY   NOT FILED              .00              .00
SAXON MORTGAGE SERVICES    NOTICE ONLY   NOT FILED              .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,409.50                        1,104.00
TOM VAUGHN                 TRUSTEE                                            96.00
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              1,200.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              1,104.00
TRUSTEE COMPENSATION                           96.00
DEBTOR REFUND                                    .00
                    ---------------     ---------------
TOTALS               1,200.00               1,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |